Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Fay Servicing, LLC as Servicer for JPMorgan Chase Bank, National Association
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 25-13890-VFP |
| Jennifer C. Suppa, | CHAPTER 13 |
| Debtor. | Judge: Vincent F. Papalia |

-----------------------------------------------------------X

### NOTICE OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that Fay Servicing, LLC as Servicer for JPMorgan Chase Bank, National Association ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 15 Clover Court, Cedar Grove, NJ 07009 by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor filed a Chapter 13 Plan (Doc.:16) on May 12, 2025.

2. Debtor`s Plan is insufficient to provide for the arrears claim of Secured Creditor. The objecting creditor is due arrears of $81,802.06 pursuant to Claim 2-1 filed on May 27, 2025.

3. Secured Creditor does not necessarily object to the Debtor`s proposed sale of the property as the plan indicates, rather Secured Creditor objects to confirmation unless a consent order is entered giving stay relief should the property not be sold within an appropriate time frame that the Secured Creditor agrees to. Furthermore, Debtor`s proposed plan fails to provide any supporting information or documentation regarding the sale, retaining a broker, listing agreement, etc. If there is no equity in the property, Secured Creditor requests that regular, monthly mortgage payments be made pending the sale, and that Secured Creditor must be able to review all short sale offers. If there is in fact equity in the

property, Secured Creditor objects to any order unless the loan is paid in full based off a payoff provided at closing.

4. Debtor`s proposed plan fails to comply with the requirements of the Bankruptcy Code and may not be proposed in good faith.

5. Debtor`s proposed plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: May 28, 2025
Garden City, New York

By: /s/ Charles Wohlrab
Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Fay Servicing, LLC as Servicer for JPMorgan Chase Bank, National Association
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURTDISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Charles Wohlrab, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorneys for Fay Servicing, LLC as Servicer for JPMorgan Chase Bank, National Association<br>T: (212) 471-5100<br>F: (212) 471-5150 | Case No.: 25-13890-VFP<br><br>Chapter: 13 |
| In Re:<br><br>Jennifer C. Suppa,<br><br>Debtor. | Adv. No.:<br><br>Hearing Date:<br><br>Hon. Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, <u>Gloria Garcia</u>:

    ☐ represent _____ in this matter.
    ☒ am the secretary/paralegal for <u>Charles Wohlrab, Esq.</u>, who represents <u>JPMorgan Chase Bank, National Association</u> in this matter.

2. On <u>May 28, 2025</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Objection to Plan (NJ)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 28, 2025                             /s/ Gloria Garcia
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jennifer C. Suppa<br>15 Clover Court<br>Cedar Grove, NJ 07009 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
|  | Co-Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
| Jamal J Romero<br> Scura, Wigfield, Heyer, Stevens &<br> Cammarota, LLP<br>1599 Hamburg turnpike<br>wayne<br>Wayne, NJ 07470 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Bankruptcy Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br> Other_____ (as authorized by the court *) |

| | | |
|---|---|---|
| U.S. Trustee<br>U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other       (as authorized by the court *) |